IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KAREEM A. MCARTHUR and SHERITA MCQUEEN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 21-cv-137-SMY<br>)<br>) |
| DOMINIQUE J. LUCKETT, et al., | )<br>) |
| Defendants. | )<br>) |

# JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Order (Doc. 20) entered on June 23, 2021, this action is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED: December 6, 2023**

Approved: _____
**STACI M. YANDLE**
**United States District Judge**

MONICA A. STUMP,
Clerk of Court

By: s/Stacie Hurst, Deputy Clerk